IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

VINCENT ANTOINE PARKS                                               PLAINTIFF

VS.                              Case No. 04-CV-4119

H. L. PHILLIPS and JEFF BLACK                                       DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed October 26, 2005 by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. (Doc. 28) Judge Shepherd recommends Defendants' Motion for Summary Judgment (Doc. 21) be granted and this action be dismissed. Plaintiff has not filed objections to the Report and Recommendation. Therefore, the Court adopts the Report and Recommendation *in toto*. The Court finds Defendants' Motion for Summary Judgment should be and hereby is granted. Parks' claims against Defendants are dismissed with prejudice.

IT IS SO ORDERED, this 15th day of November, 2005.

                                                  /s/ Harry F. Barnes
                                                  Hon. Harry F. Barnes
                                                  U.S. District Court